JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA MARTINEZ, | Case No. CV 18-09492-DDP(MRWx) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| US POST OFFICE AT WHITTIER, CA 90606, | |
| Defendants. | |
| _____ | |

THE COURT having ordered the Plaintiff to show cause in writing, not later than February 26, 2019, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedures.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: 3-1-19

DEAN D. PREGERSON
United States District Judge